UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 23-1615 KWR       **DATE:** September 18, 2024

**TITLE:** *USA v. Alex Julian*

**COURTROOM CLERK:** C. Bevel      **COURT REPORTER:** A. Lynch

**COURT IN SESSION:** 10:23AM-10:27AM   **TOTAL TIME:** 4 minutes

**TYPE OF PROCEEDING:** 25 Unopposed MOTION to Extend (other) *Pretrial Deadlines* Unopposed MOTION to Continue *Trial*

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Timothy Trembley                            Angelica Hall

**PROCEEDINGS:**

10:23am   Court in session, counsel enter appearances, defendant present in custody. Court notes this is the 4th trial setting this matter.

10:23am   Ms. Hall responds, progress has been made. Alleged victim is now deceased. Critical information being investigated regarding how the case will proceed.

10:25am   AUSA Trembley responds, investigation is ongoing.

10:26am   Court finds sufficient grounds have been established for a continuance. Court will continue trial in this matter.

10:27am   Court in recess.