IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 23-CR-01615-KWR |
| ALEX JULIAN, | ) |
| Defendant. | ) |

### UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America moves this Court pursuant to Fed. R. Crim. P. 48 to dismiss the Indictment filed on November 11, 2023, in this matter. As grounds, the United States provides that it is in the interest of justice.

The United States confirmed that John Doe is now deceased and, after thorough evaluation of the case in light of this new development, believes it is in the interests of justice that the Indictment be dismissed.

Counsel for the defendant does not oppose this motion.

**WHEREFORE,** the United States respectfully request that this Court enter an Order dismissing without prejudice the Indictment filed on November 11, 2023, as to Defendant ALEX JULIAN.

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically Filed November 08, 2024*
TIMOTHY D. TREMBLEY
Assistant United States Attorney
201 Third St. NW, Suite 900
Albuquerque, New Mexico 87102

(505) 346-7274

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2024, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

    */s/*
Timothy D. Trembley
Assistant United States Attorney