IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 23-CR-01615-KWR |
| vs. | ) |
| ALEX JULIAN, | ) |
| Defendant. | ) |

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing the Indictment filed on November 11, 2023. The Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment filed on November 11, 2023, be and hereby is dismissed without prejudice as to Defendant ALEX JULIAN.

_____/S/_____
KEA W. RIGGS
United States District Judge